# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA ANN CROW,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner, Social Security Administration,<br><br>       Defendant. | Case No. CIV-14-394-RAW-KEW |

## ORDER

On May 11, 2015, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. Plaintiff filed an objection on May 21, 2015, arguing that: (1) the ALJ failed to recognize fibromyalgia as an impairment; (2) the ALJ erred in giving great weight to the consulting and non-examining physicians while rejecting the treating physician's diagnosis; (3) the ALJ improperly evaluated Plaintiff's pain and credibility.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner upholding on

appeal the findings of the ALJ is affirmed.

IT IS SO ORDERED this 9th day of June, 2015.


**Dated this 9th day of June, 2015.**

 

Ronald A. White
United States District Judge
Eastern District of Oklahoma